**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2616

_____

Robert V. Steinhilber,          *
                                     *

         Appellant,     *

                                     *

        v.                   *   Appeal from the United States

                                     *   District Court for the

Watson, Ess, Marshall & Enggas,  *   Western District of Missouri.

Attorneys-at-Law; Paul R.        *

Lamoree, Esq.,              *     **[UNPUBLISHED]**

                                     *

        Appellees.     *

_____

Submitted: March 4, 1998

Filed: March 17, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Robert Steinhilber appeals from the district court's[1] adverse grant of summary judgment in this diversity action for abuse of process and intentional infliction of emotional distress. After careful review of the record, we conclude that the grant of summary judgment involved no error requiring reversal. For the reasons stated by the district court, we also conclude that the district court did not abuse its discretion by

_____

[1]The HONORABLE D. BROOK BARTLETT, Chief Judge, United States District Court for the Western District of Missouri.

denying Steinhilber's motion to disqualify the district court judge, and sanctioning Steinhilber for a frivolous motion. We further conclude the district court did not abuse its discretion by denying Steinhilber's motion to amend his complaint. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

Appellees' motion to strike Steinhilber's brief is denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.